Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARILYN J. CONSTANCE, Successor Trustee of the CONSTANCE FAMILY TRUST dated June 2, 1993; SAFI SALEH ALAMRI, dba JENSEN MARKET;<br><br>　　　　　Defendants. | No.  1:13-cv-00651-LJO-MJS<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

Stipulation to Continue Mandatory Scheduling Conference

Page 1

**WHEREAS**, Plaintiff John Morales ("Plaintiff") and Defendants Marilyn J. Constance, Successor Trustee of the Constance Family Trust dated June 2, 1993; Safi Saleh Alamri, dba Jensen Market ("Defendants," and together with Plaintiff, "the Parties") are engaged in settlement negotiations and are cautiously optimistic that a settlement will be reached;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for October 25, 2013 which will not provide the Parties enough time to explore and/or complete a resolution through settlement;

**WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and avoid incurring additional attorney fees and costs;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to November 8, 2013, or the next available date thereafter, in order to allow the Parties time to explore settlement.

Date: October 17, 2013                                          MOORE LAW FIRM, P.C.

                                                                                     /s/ Tanya E. Moore
                                                                                     Tanya E. Moore
                                                                                     Attorneys for Plaintiff
                                                                                     JOHN MORALES

Date: October 17, 2013                                          */s/ Donald H. Hazel*
                                                                                     Donald H. Hazel, Attorney for Defendant
                                                                                     MARILYN J. CONSTANCE, Successor
                                                                                     Trustee of the CONSTANCE FAMILY
                                                                                     TRUST dated June 2, 1993

Date: October 17, 2013                                          BARRUS AND ROBERTS, PC

                                                                                     */s/ Gregory J. Roberts*
                                                                                     Gregory J. Roberts
                                                                                     Attorneys for Defendant
                                                                                     SAFI SALEH ALAMRI dba
                                                                                     JENSEN MARKET

**ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for October 25, 2013, be continued to November 8, 2013 at 9:30 a.m. in Courtroom 6 before the Honorable Michael J. Seng. An updated Joint Scheduling Report is to be filed at least seven days prior to the conference.

IT IS SO ORDERED.

Dated:   October 18, 2013            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE