1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   John Morales
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | JOHN MORALES,                                    ) No.  1:13-cv-00651-LJO-MJS
12 |                                                  )
   |         Plaintiff,                               ) **STIPULATION FOR DISMISSAL OF**
13 |                                                  ) **ACTION; ORDER**
   |    vs.                                           )
14 |                                                  )
   | MARILYN J. CONSTANCE, Successor                  )
15 | Trustee of the CONSTANCE FAMILY                  )
   | TRUST dated June 2, 1993, et al.,                )
16 |                                                  )
   |         Defendants.                              )
17 |                                                  )
   |                                                  )
18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

1    IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants
2  Marilyn J. Constance, Successor Trustee of the Constance Family Trust dated June 2, 1993; and
3  Safi Saleh Alamri dba Jensen Market, the parties to this action, by and through their respective
4  counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned
5  action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees
6  and costs.

8   Date: January 17, 2014                        MOORE LAW FIRM, P.C.

10                                                 */s/ Tanya E. Moore*
                                                   Tanya E. Moore
11                                                 Attorneys for Plaintiff
                                                   John Morales

13  Date: January 21, 2014                        LAW OFFICES OF DONALD H. HAZEL
14

15                                                 */s/Donald H. Hazel*
                                                   Donald H. Hazel
16                                                 Attorneys for Defendant
17                                                 Marilyn J. Constance, Successor Trustee of the
                                                   Constance Family Trust dated June 2, 1993
18

19  Date: January 21, 2014                        BARRUS AND ROBERTS, P.C.
20

21                                                 */s/Gregory J. Roberts*
22                                                 Gregory J. Roberts
                                                   Attorneys for Defendant
23                                                 Safi Saleh Alamri dba Jensen Market

# **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.


IT IS SO ORDERED.

Dated:   **January 21, 2014**             /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE